UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINNAVATIONS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 2:15-cv-00490-JRG |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | § § § § | |
| Defendant. | § | |

**JOINT MOTION TO EXTEND STAY**

The parties jointly request the Court to extend stay its stay of the captioned case for an additional nine (9) days all deadlines pending completion of settlement and would show the Court:

1. <u>Request for Stay</u>. On June 30, 2015, at the request of the parties, the Court stayed to August 10, 2015, the deadlines in the referenced case pending completion of settlement papers. Dkt. No.11. Despite the best efforts of the parties and counsel, a few details remain to be negotiated. Plaintiff's counsel will be on a long-scheduled vacation from August 10-14, 2015. Accordingly, the parties request the Court to extend to August 21, 2015, all deadlines in the case, including the deadline for Defendant to answer or otherwise respond to the complaint, to allow for completion of the settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Jay Brett Johnson* | */s/ Jennifer H. Doan* |
| Jay Brett Johnson | Jennifer H. Doan |
| Texas Bar No. 24067322 | Texas Bar No. 08809050 |
| Brown Fox Kizzia & Johnson PLLC | Haltom & Doan |
| 750 N. St. Paul St. | 6500 Summerhill Road, Suite 100 |
| Suite 1320 | Texarkana, TX  75503 |
| Dallas, TX  75201 | Telephone:  (903) 255-1000 |
| Telephone:  (214) 613-3350 | Facsimile:  (903) 255-0800 |
| Facsimile:  (214) 613-3330 | Email:  jdoan@haltomdoan.com |
| Email:  jay@brownfoxlaw.com | |
| | Stephen D. Howen |
| **ATTORNEY FOR PLAINTIFF** | State Bar No. 10117800 |
| **FINNAVATIONS, LLC** | Haltom & Doan |
| | Preston Park Financial Center West |
| | 4975 Preston Park Blvd., Ste. 625 |
| | Plano, TX 75093 |
| | Telephone:  (469) 814-0433 |
| | Facsimile:  (469) 814-0422 |
| | Email:  showen@haltomdoan.com |
| | |
| | **ATTORNEY FOR DEFENDANT JPMORGAN CHASE BANK NATIONAL ASSOCIATION** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 7th day of August, 2015.

          */s/ Jennifer H. Doan*
          Jennifer H. Doan