IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINNAVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-00479-JRG |
| | § | |
| vs. | § | (LEAD CASE) |
| | § | |
| ALLIANCE BANK | § | PATENT CASE |
| | § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| FINNAVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-00490-JRG |
| | § | |
| vs. | § | (CONSOLIDATED CASE) |
| | § | |
| JPMORGAN CHASE BANK, | § | PATENT CASE |
| NATIONAL ASSOCIATION | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL OF DEFENDANT
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION WITH PREJUDICE**

On this day the Court considered the Agreed Motion to Dismiss JPMorgan Chase Bank, National Association with Prejudice, between Plaintiff Finnavations, LLC ("Finnavations") and Defendant JPMorgan Chase Bank, National Association ("JPMC").  Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion (Dkt. No. 69) should be GRANTED.

It is therefore ORDERED that all claims asserted by Finnavations against JPMC and any counterclaims or other claims by JPMC are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  It is further ORDERED that this Court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**So ORDERED and SIGNED this 27th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE